**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ADAN SANDOVAL DOMINGUEZ,** | )<br>)<br>) Case No. EDCV 16-1172 DMG (AJW)<br>)<br>)<br>) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF<br>) MAGISTRATE JUDGE<br>)<br>) |
| Petitioner, | |
| v. | |
| **M.E. SPEARMAN, Warden,** | |
| Respondent. | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: December 18, 2017

_____
Dolly M. Gee
United States District Judge