UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ADAN SANDOVAL DOMINGUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>M.E. SPEARMAN, Warden,<br><br>        Respondent. | Case No. EDCV 16-1172-DMG(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 18, 2017

_____
Dolly M. Gee
United States District Judge